Criminal Calendar — Arraignment & Status Conference

Before: Judge John Gleeson, U.S.D.J.

Date: __4|12|12__                                    Time: _3:00 Pm – 3:30 Pm_

DOCKET NUMBER: _12cR246_   CASE NAME: _USA v. John Doe._

DEFENDANT'S NAME: _____ _John Doe_
                          _✓_Present ____Not Present _✓_In Custody ____Bail

DEFENSE COUNSEL: _____ _Steven Brill_
                          ____Legal Aid _✓_CJA ____Retained

AUSA: _Melissa Mamus_ _____         Deputy Clerk: __Ilene Lee_____

INTERPRETER: _____   (Language) _____

COURT REPORTER: _____ _Marie Foley._____

_✓_Case called for:                    _PreTrial Services_: _Bianca Carter._

____ Arraignment:

___ Defendant's first appearance. _✓_ Defendant arraigned on the ~~indictment~~. _complaint._

                                    _(Preliminary hearing is waived.)_
___ Defendant informed of rights.

                                    _charges_
_✓_ Defendant entered NOT GUILTY PLEA to ALL ~~counts~~ of the ~~indictment~~. _complaint._

____ Status Conference:

_✓_ Order of Speedy Trial entered. Code Type _XT_ ~~☛~~ Start _4|12|12_ Stop _4|20|12_.

____ Status conference set for_____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

____ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to
     reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

_____ Defendant failed to appear, bench warrant issued.

OTHERS:

–Permanent order of detention executed.
–The defendant requests a change of attorney. Granted by the Court.
–The preliminary hearing is waived.
–The next conference is set for April 20, 2012 at 10:00Am